UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61517-CIV-SMITH

HOWARD CAPLAN,

      Plaintiff,

v.

LUX MEDICAL HEALTH
CENTER, INC., *et al.*,

      Defendants.
_____/

<u>NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT</u>

This matter is before the Parties' Notice of Settlement [DE14], indicating that Plaintiff's claims against Defendants have been settled in full. Upon consideration, it is hereby

ORDERED that

(1) Plaintiff and Defendants shall file their Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 and the Parties' Joint Notice of Settlement on or before **October 24, 2022**.  Failure to comply with this Order may result in the final dismissal of this case.

(2) Each party shall bear its own attorney's fees and cost.

(3) All pending motions are denied as moot.

(4) This case is CLOSED.

DONE and ORDERED in Fort Lauderdale, Florida, this 28th day of September 2022.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record